UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
PIERCE, JOHNATHON D § Case No. 08-29524
 §
 §
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF THE COURT
        219 S. Dearborn
        Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 09/28/2012 in Courtroom 201,
        m
        Will County Court Annex Building
        57 N. Ottawa Street, Suite 201, Joliet, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/22/2012        By: /s/ Michael G. Berland
                                                                      Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
PIERCE, JOHNATHON D § Case No. 08-29524
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 55,000.00 |
| and approved disbursements of | $ | 44,226.18 |
| leaving a balance on hand of[1] | $ | 10,773.82 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: MICHAEL G. BERLAND | $ 6,000.00 | $ 0.00 | $ 6,000.00 |
| Trustee Expenses: MICHAEL G. BERLAND | $ 44.00 | $ 0.00 | $ 44.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 6,044.00 |
| Remaining Balance | | $ | 4,729.82 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 20,521.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Cda/pontiac<br>Attn: Bankruptcy<br>Po Box 213<br>Sreator, IL 61364 | $ 625.00 | $ 0.00 | $ 144.05 |
| 000004 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $ 4,835.03 | $ 0.00 | $ 1,114.40 |
| 000005 | CB Accounts, Inc.<br>1101 Main Street<br>Peoria, IL 61606 | $ 787.00 | $ 0.00 | $ 181.39 |
| 000006 | Sallie Mae<br>c/o Sallie Mae Inc<br>220 Lasley Avenue<br>Wilkes-Barre, Pa 18706 | $ 3,874.08 | $ 0.00 | $ 892.92 |
| 000007 | Ottawa Regional Hosptial<br>fka Community Hospital Of Ottawa<br>1100 East Norris Drive<br>Ottawa, IL 61350 | $ 10,400.01 | $ 0.00 | $ 2,397.06 |

Total to be paid to timely general unsecured creditors          $          4,729.82

Remaining Balance                                                $              0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
Case 08-29524   Doc 39   Filed 08/22/12   Entered 08/24/12 23:40:31   Desc Imaged
                         Certificate of Notice   Page 5 of 7
```

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 08-29524-BWB
Johnathon D Pierce                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1       User: mrahmoun       Page 1 of 3       Date Rcvd: Aug 22, 2012
                           Form ID: pdf006      Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2012.
```
db          #+Johnathon D Pierce,    290 Seneca Way,    Bolingbrook, IL 60440-1739
12800043    +Arturo D Tomas MD,    P.O. Box 732,    Ottawa, IL 61350-0732
12800044    +Associated Gastroenterology Co,    530 Park Ave East,    Princeton, IL 61356-3902
12800045    +Baron Coll,    155 Revere Dr,    Northbrook, IL 60062-1558
12800046    +Care Rehab & Orthopaedic,    PO Box 580,    Mc Lean, VA 22101-0580
12800048    +Cda/pontiac,    Attn: Bankruptcy,    Po Box 213,    Sreator, IL 61364-0213
12800049    +City of Joliet,    PO Box 457,    Wheeling, IL 60090-0457
12800050    +City of Joliet Cab Services,    P.O. Box 457,    Wheeling, IL 60090-0457
12800051    +Collection Prof/lasal,    723 1st St,    La Salle, IL 61301-2535
12800052    +Community Hospital of Ottawa,    1100 E. Norris SDr.,    Ottawa, IL 61350-1604
12800053    +Credit Protection Association, LP,    13355 Noel Road,    Dallas, TX 75240-6837
12800055    +Creditors Discount & Audit Co,    415 E Main St,    PO Box 213,    Streator, IL 61364-0213
12800056    +Dependon Collection Se,    Attn: Bankruptcy,    Po Box 4833,    Oak Brook, IL 60522-4833
12800058    +Dr James Oakley,    Dupage Medical Group,    1801 S. Highland Ave,    Lombard, IL 60148-4932
12800059    +Dr Yousuf Sayeed,    Dupage Medical Group,    120 Spalding Dr.,#400,    Naperville, IL 60540-6559
12800060    +Dupage Medical Group,    1860 Paysphere Circle,    Chicago, IL 60674-0018
12800061    +Emergency Healthcare Physicians,    649 Executive Drive,    Willowbrook, IL 60527-5603
12800062    +Fifth Third Bank,    C/O Bankruptcy Dept, Mdropso5,    1850 East Paris,
              Grand Rapids, MI 49546-6210
12800064    +Grove Dental/Bolingbrook,    c/o Jay K. Levy & Associates,    155 Revere Drive Suite 2,
              Northbrook, IL 60062-1558
12800068    +HRRG,    po box 5406,    Cincinnati, OH 45273-0001
12800065    +Healthsouth,    2120 Sarno Road,    Melbourne, FL 32935-3084
12800066    +Hinsdale Hospital,    12 Salt Creek Lane,    Suite 400,    Hinsdale, IL 60521-8622
12800069    +Kay Jewelers,    Attention: Bankruptcy,    Po Box 1799,    Akron, OH 44309-1799
12800075    +MH Pembroke Mc Nco Financial System,    507 Prudential Road,    Horsham, PA 19044-2308
12800070    +Marquette Consumer Fin,    3033 Campus Dr Ste N150,    Plymouth, MN 55441-2648
12800071    +Mediacom Credit Protection Ass,    3900 26th Ave,    Moline, IL 61265-4956
12800072    +Mediacom Credit Protection Associat,    3900 26th Ave,    Moline, IL 61265-4956
12800073    +Merchants Cr,    223 W Jackson St,    Chicago, IL 60606-6908
12800074    +Merchants' Credit Guide Co.,    223 W. Jackson Blvd,    Chicago, IL 60606-6974
12800078   +++National Bank & Trust Co,    230 W State St,    Sycamore, IL 60178-1489
12800077    +Nelson, Watson & Associates LLC,    80 Merrimack St,    Lower Level,    Haverhill, MA 01830-5202
12800079    +Ottawa Regional Hosptial,    fka Community Hospital Of Ottawa,    1100 East Norris Drive,
              Ottawa, IL 61350-1604
12800082    +Prairie Emergency Services,    PO Box 189016,    Fort Lauderdale, FL 33318-9016
12800083    +Premiere Credit Of N A,    2002 No Wellesley Blvd 1,    Indianapolis, IN 46219-2417
12800084    +Proven St Joseph Medcal Center,    333 N Madison St,    Joliet, IL 60435-8233
12800087    +Sears/cbsd,    8725 W. Sahara Ave,    The Lakes, NV 89163-0001
12800088    +State Collection Servi,    Attn: Bankruptcy,    Po Box 6250,    Madison, WI 53716-0250
12800089    +Suburban Radiologists SC,    1446 Momentum Place,    Chicago, IL 60689-5314
12800090    +Theresa Kane,    290 Seneca Way,    Bolingbrook, IL 60440-1739
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12800054    +E-mail/Text: clerical.department@yahoo.com Aug 23 2012 02:55:07     Creditors Collection Bureau,
              P.O. Box 63,    Kankakee, IL 60901-0063
12800057    +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 23 2012 03:09:28     Discover Financial,
              Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
12800063    +E-mail/Text: ally@ebn.phinsolutions.com Aug 23 2012 02:56:41      G M A C,    Po Box 130424,
              Roseville, MN 55113-0004
13511435     E-mail/Text: resurgentbknotifications@resurgent.com Aug 23 2012 01:49:08      LVNV Funding LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12800076    ++E-mail/Text: bankruptcydepartment@ncogroup.com Aug 23 2012 04:03:04     NCO Financial,
              507 Prudential Rd.,    Horsham, PA 19044-2368
12800077    +E-mail/Text: info@nelsonwatson.com Aug 23 2012 04:18:47     Nelson, Watson & Associates LLC,
              80 Merrimack St,    Lower Level,    Haverhill, MA 01830-5202
12800085    +E-mail/Text: resurgentbknotifications@resurgent.com Aug 23 2012 01:49:08
              Resurgent Capital Service/Sherman Acquis,    Attention:  Bankruptcy Department,    Po Box 10587,
              Greenville, SC 29603-0587
13503819    +E-mail/PDF: pa_dc_claims@salliemae.com Aug 23 2012 03:49:57     Sallie Mae,    c/o Sallie Mae Inc,
              220 Lasley Avenue,    Wilkes-Barre, Pa 18706-1496
12800086    +E-mail/PDF: pa_dc_claims@salliemae.com Aug 23 2012 03:38:34     Sallie Mae Servicing,
              1002 Arthur Dr,    Lynn Haven, FL 32444-1683
                                                                                              TOTAL: 9
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Steve Schuetz
12800067*      +Hinsdale Hospital*,    12 Salt Creek Lane,    Suite 400,    Hinsdale, IL 60521-8622
12800081*      +Ottawa Imaging LLC,    PO Box 2426,    Ottawa, IL 61350-7026
13963172*      +Sallie Mae,   c/o Sallie Mae Inc,    220 Lasley Avenue,    Wilkes-Barre, Pa 18706-1496
```

```
District/off: 0752-1           User: mrahmoun              Page 2 of 3              Date Rcvd: Aug 22, 2012
                               Form ID: pdf006             Total Noticed: 47

12800047     ##+CB Accounts, Inc.,    1101 Main Street,    Peoria, IL 61606-1928
12800080     ##+Ottawa Imaging L.L.C,    P.O. Box 2426,    Ottawa, IL 61350-7026
                                                                                              TOTALS: 1, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 24, 2012**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: mrahmoun            Page 3 of 3             Date Rcvd: Aug 22, 2012
                              Form ID: pdf006           Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2012 at the address(es) listed below:

          Jerome William Dubin   on behalf of Debtor Johnathon Pierce NDILnotices@legalhelpers.com, CourtNotice@legalHelpers.com
          Michael G Berland   einstein829@earthlink.net,   IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Richard K Gustafson   on behalf of Debtor Johnathon Pierce NDILnotices@maceybankruptcylaw.com, RGustafson@maceybankruptcylaw.com;CourtNotice@maceybankruptcylaw.com

                                                                                                                            TOTAL: 4