UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                    §
                                          §
PIERCE, JOHNATHON D                       §          Case No. 08-29524
                                          §
            Debtor(s)                     §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

      MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification
that the Estate has been Fully Administered and Application to be Discharged.

      1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

      2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
(Without deducting any secured claims)


Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:


Total Expenses of Administration:

      3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and
third parties of $          (see **Exhibit 2**), yielded net receipts of $            from the
liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                  . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____      By:/s/MICHAEL G. BERLAND_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Jonathnon Pierce |  |  |  |
| Clerk Of Bankruptcy Court |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | NATIONAL BANK & TRUST CO |  |  |  |  |  |
|  | REHAB, CARE |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HINSDALE HOSPTIAL %MEDICAL SERVICES | | | | | |
| | STATE FARM | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| MICHAEL G. BERLAND | | | | | |
| COLLISON & O'CONNOR | | | | | |
| COLLISON & O'CONNOR | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Arturo D Tomas MD P.O. Box 732 Ottawa, IL 61350 | | | | | |
| | Associated Gastroenterology Co 530 Park Ave East Princeton, IL 61356 | | | | | |
| | Baron Coll 155 Revere Dr Northbrook, IL 60062 | | | | | |
| | CB Accounts, Inc. 1101 Main Street Peoria, IL 61606 | | | | | |
| | Care Rehab & Orthopaedic PO Box 580 Mc Lean, VA 22101 | | | | | |
| | Cda/pontiac Attn: Bankruptcy Po Box 213 Sreator, IL 61364 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cda/pontiac Attn: Bankruptcy Po Box 213 Sreator, IL 61364 | | | | | |
| | City of Joliet Cab Services P.O. Box 457 Wheeling, IL 60090 | | | | | |
| | City of Joliet PO Box 457 Wheeling, IL 60090 | | | | | |
| | Collection Prof/lasal 723 1st St La Salle, IL 61301 | | | | | |
| | Credit Protection Association, LP 13355 Noel Road Dallas, TX 75240 | | | | | |
| | Creditors Collection Bureau P.O. Box 63 Kankakee, IL 60901 | | | | | |
| | Creditors Discount & Audit Co 415 E Main St PO Box 213 Streator, IL 61364 | | | | | |
| | Dependon Collection Se Attn: Bankruptcy Po Box 4833 Oak Brook, IL 60523 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover Financial Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | | | | |
| | Dr James Oakley Dupage Medical Group 1801 S. Highland Ave Lombard, IL 60148 | | | | | |
| | Dr Yousuf Sayeed Dupage Medical Group 120 Spalding Dr.,#400 Naperville, IL | | | | | |
| | Dupage Medical Group 1860 Paysphere Circle Chicago, IL 60674 | | | | | |
| | Emergency Healthcare Physicians 649 Executive Drive Willowbrook, IL 60527 | | | | | |
| | Fifth Third Bank C/O Bankruptcy Dept, Mdropso5 1850 East Paris Grand Rapids, MI 49546 | | | | | |
| | G M A C Po Box 130424 Roseville, MN 55113 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Grove Dental/Bolingbrook c/o Jay K. Levy & Associates 155 Revere Drive Suite 2 Northbrook, IL 60062 | | | | | |
| | HRRG po box 5406 Cincinnati, OH 45273 | | | | | |
| | Healthsouth 2120 Sarno Road Melbourne, FL 32935 | | | | | |
| | Hinsdale Hospital 12 Salt Creek Lane Suite 400 Hinsdale, IL 60521 | | | | | |
| | Hinsdale Hospital* 12 Salt Creek Lane Suite 400 Hinsdale, IL 60521 | | | | | |
| | Kay Jewelers Attention: Bankruptcy Po Box 1799 Akron, OH 44309 | | | | | |
| | MH Pembroke Mc Nco Financial System 507 Prudential Road Horsham, PA 19044 | | | | | |
| | Mediacom Credit Protection Ass 3900 26th Ave Moline, IL 61265 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mediacom Credit Protection Associat 3900 26th Ave Moline, IL 61265 | | | | | |
| | Merchants Cr 223 W Jackson St Chicago, IL 60606 | | | | | |
| | Merchants Cr 223 W Jackson St Chicago, IL 60606 | | | | | |
| | Merchants Cr 223 W Jackson St Chicago, IL 60606 | | | | | |
| | Merchants Cr 223 W Jackson St Chicago, IL 60606 | | | | | |
| | Merchants Cr 223 W Jackson St Chicago, IL 60606 | | | | | |
| | Merchants' Credit Guide Co. 223 W. Jackson Blvd Chicago, IL 60606 | | | | | |
| | NCO Financial 507 Prudential Rd. Horsham, PA 19044 | | | | | |
| | Nelson, Watson & Associates LLC 80 Merrimack St Lower Level Haverhill, MA 01830 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ottawa Community Hospital 1100 East Norris Dr, Ottawa, IL 61350 | | | | | |
| | Ottawa Imaging L.L.C P.O. Box 2426 Ottawa, IL 61350 | | | | | |
| | Ottawa Imaging LLC PO Box 2426 Ottawa, IL 61350 | | | | | |
| | Prairie Emergency Services PO Box 189016 Fort Lauderdale, FL 33318 | | | | | |
| | Premiere Credit Of N A 2002 No Wellesley Blvd 1 Indianapolis, IN 46219 | | | | | |
| | Proven St Joseph Medcal Center 333 N Madison St Joliet, IL 60435 | | | | | |
| | Resurgent Capital Service/Sherman Acquis Attention: Bankruptcy Department Po Box 10587 Greenville, SC 29603 | | | | | |
| | Sallie Mae Servicing 1002 Arthur Dr Lynn Haven, FL 32444 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sallie Mae Servicing 1002 Arthur Dr Lynn Haven, FL 32444 | | | | | |
| | Sallie Mae Servicing 1002 Arthur Dr Lynn Haven, FL 32444 | | | | | |
| | Sallie Mae Servicing 1002 Arthur Dr Lynn Haven, FL 32444 | | | | | |
| | Sallie Mae Servicing 1002 Arthur Dr Lynn Haven, FL 32444 | | | | | |
| | Sears/cbsd 8725 W. Sahara Ave The Lakes, NV 89163 | | | | | |
| | State Collection Servi Attn: Bankruptcy Po Box 6250 Madison, WI 53716 | | | | | |
| | State Collection Servi Attn: Bankruptcy Po Box 6250 Madison, WI 53716 | | | | | |
| | Suburban Radiologists SC 1446 Momentum Place Chicago, IL 60689 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | CB ACCOUNTS, INC. | | | | | |
| 000002 | CDA/PONTIAC | | | | | |
| 000004 | LVNV FUNDING LLC | | | | | |
| 000007 | OTTAWA REGIONAL HOSPTIAL | | | | | |
| 000003 | SALLIE MAE | | | | | |
| 000006 | SALLIE MAE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:     1

Exhibit 8

Case No:          08-29524      BL   Judge: Bruce W. Black

Case Name:        PIERCE, JOHNATHON D

For Period Ending:  09/06/13

Trustee Name:                    MICHAEL G. BERLAND

Date Filed (f) or Converted (c):   10/31/08 (f)

341(a) Meeting Date:             12/01/08

Claims Bar Date:                 06/10/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Old Second Bank-checking-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| 2. Salt Creek CU-savings-scheduled | 75.00 | 0.00 | | 0.00 | FA |
| 3. Household goods-scheduled | 800.00 | 0.00 | | 0.00 | FA |
| 4. Books, tapes etc-scheduled | 100.00 | 0.00 | | 0.00 | FA |
| 5. Clothing-scheduled | 800.00 | 0.00 | | 0.00 | FA |
| 6. Costume jewelry-scheduled | 50.00 | 0.00 | | 0.00 | FA |
| 7. Pi claim-scheduled | Unknown | Unknown | | 55,000.00 | FA |
| 8. 2003 Chevrolet Traiblazer-scheduled | 3,240.00 | 0.00 | | 0.00 | FA |
| 9. 2002 Chevy Imapala-scheduled | 2,980.00 | 0.00 | | 0.00 | FA |
| 10. 66 Span Mustang-scheduled | 3,200.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)               $11,345.00              $0.00                            $55,000.00              $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee hired special counsel to prosecute a PI action. The Trustee  filed a Motion To Authorize Settlement, which

was approved. The Final Report was filed and the distribution made to creditors..

Initial Projected Date of Final Report (TFR): 12/31/12       Current Projected Date of Final Report (TFR): 12/31/12

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

Ver: 17.03

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-29524 -BL | |
| Case Name: | PIERCE, JOHNATHON D | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******5650 Checking Account |

| | |
|---|---|
| Taxpayer ID No: | *******2764 |
| For Period Ending: | 09/06/13 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/16/12 | 7 | State Farm Insurance Company | Settlement of PI per court order | 1142-000 | 55,000.00 | | 55,000.00 |
| 03/27/12 | 000101 | Jonathnon Pierce | Payment of exemption per court order | 8100-000 | | 15,000.00 | 40,000.00 |
| 03/27/12 | 000102 | Collison & O'Connor | Payment of special counsel fee per court order | 3210-000 | | 18,333.33 | 21,666.67 |
| 04/10/12 | 000103 | Collison & O'Connor | Payment fo costs per court order for special counsel | 3210-000 | | 2,932.02 | 18,734.65 |
| 04/10/12 | 000104 | Hinsdale Hosptial %Medical Services | Payment of lien per court order | 4210-000 | | 3,200.00 | 15,534.65 |
| 04/10/12 | 000105 | State Farm | Payment of lien per court order | 4210-000 | | 3,333.33 | 12,201.32 |
| 04/10/12 | 000106 | Care Rehab | Payment of lien per court order | 4110-000 | | 1,427.50 | 10,773.82 |
| 10/02/12 | 000107 | MICHAEL G. BERLAND 1 NORTH LASALLE STREET STE 1775 CHICAGO, IL 60602 | Chapter 7 Compensation/Fees | 2100-000 | | 6,000.00 | 4,773.82 |
| 10/02/12 | 000108 | MICHAEL G. BERLAND 1 NORTH LASALLE STREET STE 1775 CHICAGO, IL 60602 | Chapter 7 Expenses | 2200-000 | | 44.00 | 4,729.82 |
| 10/02/12 | 000109 | Cda/pontiac Attn: Bankruptcy Po Box 213 Sreator, IL 61364 | Claim 000002, Payment 23.04800% | 7100-000 | | 144.05 | 4,585.77 |
| 10/02/12 | 000110 | LVNV Funding LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Claim 000004, Payment 23.04846% | 7100-000 | | 1,114.40 | 3,471.37 |
| * 10/02/12 | 000111 | CB Accounts, Inc. 1101 Main Street | Claim 000005, Payment 23.04828% | 7100-003 | | 181.39 | 3,289.98 |

| | | |
|---|---|---|
| Page Subtotals | 55,000.00 | 51,710.02 |

Ver: 17.03

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

Page: 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-29524  -BL | |
| Case Name: | PIERCE, JOHNATHON D | |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******5650  Checking Account |

| | |
|---|---|
| Taxpayer ID No: | *******2764 |
| For Period Ending: | 09/06/13 |

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| | 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Peoria, IL 61606 | | | | | |
| | 10/02/12 | 000112 | Sallie Mae c/o Sallie Mae Inc 220 Lasley Avenue Wilkes-Barre, Pa 18706 | Claim 000006, Payment 23.04857% | 7100-000 | | 892.92 | 2,397.06 |
| | 10/02/12 | 000113 | Ottawa Regional Hosptial fka Community Hospital Of Ottawa 1100 East Norris Drive Ottawa, IL 61350 | Claim 000007, Payment 23.04863% | 7100-000 | | 2,397.06 | 0.00 |
| * | 02/04/13 | 000111 | CB Accounts, Inc. 1101 Main Street Peoria, IL 61606 | Claim 000005, Payment 23.04828% Check not cashed | 7100-003 | | -181.39 | 181.39 |
| * | 02/04/13 | 000114 | United States Bankruptcy Court IL | Claim 000005, Payment 23.04828% | 7100-003 | | 181.39 | 0.00 |
| * | 06/05/13 | 000114 | United States Bankruptcy Court IL | Claim 000005, Payment 23.04828% | 7100-003 | | -181.39 | 181.39 |
| | 06/05/13 | 000115 | Clerk Of Bankruptcy Court | Unclaimed Funds | 8500-000 | | 181.39 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 55,000.00 | 55,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 55,000.00 | 55,000.00 | |
| Less:  Payments to Debtors | | 15,181.39 | |
| Net | 55,000.00 | 39,818.61 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******5650 | 55,000.00 | 39,818.61 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 55,000.00 | 39,818.61 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals          0.00          3,289.98

Ver: 17.03

FORM 2                                                                                                    Page:    3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                         Exhibit 9

| | |
|---|---|
| Case No: | 08-29524  -BL |
| Case Name: | PIERCE, JOHNATHON D |
| Taxpayer ID No: | *******2764 |
| For Period Ending: | 09/06/13 |

| | |
|---|---|
| Trustee Name: | MICHAEL G. BERLAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******5650  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account - *******5650 | | Transfers) | To Debtors) | On Hand |

|  |  |  |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 17.03

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*